**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6767**

---

DR. KEVIN W. CHURCH, SR.,

        Plaintiff – Appellant,

      v.

ROGER KENNEDY, Captain; CATHY ALDRIDGE, LPN/RN; KAREN SAMPLE, Sergeant, Inmate Accounts Clerk and Accounts Receivable,

        Defendants – Appellees,

      and

EASTERN SHORE REGIONAL JAIL, Owner/Operator; EASTERN SHORE REGIONAL JAIL BOARD OF DIRECTORS, Governing Board; VIRGINIA BEACH SHERIFF'S OFFICE, Owner/Operators,

        Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:15-cv-00653-LMB-JFA)

---

Submitted: November 17, 2016      Decided: November 22, 2016

---

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin W. Church, Sr., Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin W. Church, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Church v. Kennedy, No. 1:15-cv-00653-LMB-JFA (E.D. Va. May 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED